IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
_____ LODGED _____

JUN 27 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CPL. MARK J. KARWACKI, et al., | * | |
| Plaintiffs | * | |
| v. | * | Case No. CCB00CV1454 |
| MARYLAND STATE POLICE | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon motion of Defendant for an Enlargement of Time, and with Plaintiff's counsel's consent, for good cause having been shown, it is this 26th day of June, 2000;

ORDERED that the Motion for Enlargement of Time is granted and Defendant's response is due on July 19, 2000.

_____
Catherine C. Blake
Judge